IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02631-MSK-KLM

BLACK HILLS TRUCKING, INC., a Wyoming corporation,

      Plaintiff,

v.

PETROHUNTER OPERATING COMPANY,

      Defendant.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

THIS MATTER comes before the Court on the Plaintiff's Amended Complaint **(#8)** filed in response to the Court's Order to Show Cause **(#6).** Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 4th day of January, 2008

                    **BY THE COURT:**

                    *Marcia S. Krieger*

                    _____

                    Marcia S. Krieger
                    United States District Judge